# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-14-H-SEH |
| Plaintiff, | ORDER |
| vs. | |
| ELBERT FLORES HERNANDEZ, | |
| Defendant. | |

Upon the record made in open court on December 15, 2017, at the time set for the hearing on Defendant's motion to change his plea, the Court continued the hearing.

ORDERED:

On or before December 21, 2017, the Defendant may file an optional reply brief on Defendant's Motion to Dismiss the Superseding Indictment and the Original Indictment ("Motion to Dismiss").[1]

If necessary, the Court will set an evidentiary hearing to address the Motion to Dismiss. A hearing on a change of plea will be reset if necessary and

---

[1] Doc. 42.

appropriate after resolution of the Motion to Dismiss.

DATED this 15th day of December, 2017.

SAM E. HADDON
United States District Judge