# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

FILED
DEC 27 2017
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELBERT FLORES HERNANDEZ,<br><br>Defendant. | CR 17-14-H-SEH<br><br>ORDER |

Defendant Elbert Flores Hernandez's Motion to Change Plea From Not Guilty to Guilty[1] and Unopposed Motion to Withdraw Motion to Dismiss[2] having been filed,

ORDERED:

1. Defendant Hernandez's Unopposed Motion to Withdraw Motion to Dismiss[3] is GRANTED.

---

[1] Doc. 61.

[2] Doc. 62.

[3] Doc. 62.

2. The United State's Motion to Dismiss Superseding Indictment[4] is GRANTED.

3. Defendant shall appear before this Court on **January 3, 2018, at 10:00 a.m.**, at the Paul G. Hatfield Courthouse, Helena, Montana, at which time the Court will consider a change of plea.

The clerk is directed forthwith to notify counsel, the probation office and the United States Marshals Service of the entry of this Order.

DATED this 27th day of December, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[4] Doc. 56.